# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403


Marvin Watson
Louisiana State Prison DOC No. 759915
17544 Tunica Trace
Angola La 70712

<div style="border:1px solid black">
Judgment on rehearing rendered and mailed to all parties or counsel of record on November 22, 2023
</div>

**REHEARING ACTION: November 22, 2023**


**Docket Number: 23   00019-KA consolidated with 18-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MARVIN WATSON**

**Appealed from Concordia Parish Case No. 19-2159**


<u>**BEFORE JUDGES**</u>**:**

    **Hon. Shannon J. Gremillion**
    **Hon. Van H. Kyzar**
    **Hon. Sharon Darville Wilson**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marvin Watson** has this day been

    **DENIED.**


cc: Hon. Bradley R. Burget, Counsel for the Appellee
    Joseph Anthony Boothe, Counsel for the Appellee
    Prentice Lang White, Counsel for the Appellant